**EASTERN MINERALS INTERNA-
TIONAL, INC., et al., petition-
ers, v. UNITED STATES.**

No. 01-1100.

May 20, 2002.

Case below, 271 F.3d 1090.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.